# Court of Appeals
# of the State of Georgia

ATLANTA, January 24, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0725. LYNN v. STATE.**

It appearing to this Court that appellant has raised on appeal the issue of whether he was denied effective assistance of counsel during the trial of this case and that such issue was raised at the earliest practicable moment by appellant such that there has been no waiver of this issue for appellate consideration[1];

It further appearing that appellant has requested that this case be remanded to the trial court for the purpose of conducting an evidentiary hearing on his ineffectiveness claim, see *Peterson v. State*, 274 Ga. 165, 171 (6) (549 SE2d 387) (2001); *Bynum v. State*, 300 Ga. App. 163, 168 (7) (684 SE2d 330) (2009);

Accordingly, we hereby remand this case to the trial court to allow appellant to file a motion for new trial raising the issue of the alleged ineffectiveness of trial counsel and for a hearing and determination on that claim. If the trial court concludes that trial counsel was ineffective, appellant is entitled to a new trial. If the trial court finds that appellant received effective assistance, he may appeal the trial court's ruling within 30 days of the entry of any such adverse order.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/24/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Although trial counsel filed the notice of appeal, appellate counsel has made an appearance in this Court in connection with filing the motion to remand.